```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARQUISE STRATTON              :    CIVIL ACTION
                               :
     v.                        :
                               :
OFFICER NEIVES, et al.         :    NO. 11-7410
```

ORDER

AND NOW, this 4th day of April, 2012, upon consideration of the defendants' Motions to Dismiss for Failure to State a Claim (Docket Nos. 7, 9), and the plaintiffs' objections thereto (Docket No. 10), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motions to dismiss are GRANTED.  IT IS FURTHER ORDERED that the plaintiff's complaint is DISMISSED with prejudice.  This case is closed.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.